CHARLES T. DUNNING, Respondent, *v.* THE ELMORE AND HAMILTON CONTRACTING COMPANY, Appellant, and the COUNTY OF ORANGE et al., Respondents, Impleaded with Others.

*Dunning* v. *County of Orange*, 139 App. Div. 249, affirmed.
(Argued January 30, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 2, 1910, affirming a judgment in favor cf plaintiff entered upon a decision of the court on trial at Special Term in a taxpayer's action to restrain an alleged waste of public funds and to have declared invalid a contract for the construction of a road.

*Edgar T. Brackett* for appellant.

*Percy V. D. Gott* for plaintiff, respondent.

*Joseph W. Gott* for defendants, respondents.

Judgment affirmed, with costs, on opinion of BURR, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.